# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ARMED FORCES BANK, N.A., SUCCESSOR )<br>BY MERGER TO BANK MIDWEST, N.A )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN REALTY TRUST, INC., et al., )<br>)<br>Defendants. ) | Case No.: 4:11-CV-254 |

## PLAINTIFF'S DISCLOSURE OF CORPORATE INTERESTS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1, Plaintiff Armed Forces Bank, N.A., as Successor by Merger to Bank Midwest, N.A. ("Armed Forces Bank"), files this disclosure of corporate interests and states:

1. Armed Forces Bank, hereby states that it is a wholly owned subsidiary of Dickinson Financial Corporation, which is a privately held Missouri corporation.

2. Dickinson Financial Corporation is a wholly owned subsidiary of Dickinson Financial Corporation II, which is a privately held Missouri corporation.

3. Armed Forces Bank further states that none of its parent entities, subsidiaries and/or affiliated entities have issued shares to the public.

Respectfully submitted,

**BRYAN CAVE LLP**

By: s/ Mark G. Stingley
    Mark G. Stingley    MO #26071
    William J. Maloney    MO #44164
    James P. Maloney    MO # 36754
    1200 Main Street, Suite 3500
    Kansas City, MO 64105
    (816) 374-3200
    (816) 374-3300
    mgstingley@bryancave.com
    wjmaloney@bryancave.com
    james.maloney@bryancave.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing **Plaintiff's Disclosure of Corporate Interests** was served electronically through the Court's CM/ECF system to all parties receiving electronic notice in these proceedings on March 10, 2011:

    s/ Mark G. Stingley
    Attorney for Plaintiff